

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00043-CV

**RCI ENTERTAINMENT (SAN ANTONIO), INC.**, d/b/a XTC Cabaret,
Appellant

v.

**THE CITY OF SAN ANTONIO**, Mayor Ron Nirenberg, and Michael E. Shannon, in their
Official Capacities,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-23536
Honorable Norma Gonzales, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
               Irene Rios Justice
               Beth Watkins, Justice

Delivered and Filed: September 8, 2021

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion and dismiss the appeal.

*See* TEX. R. APP. P. 42.1(a)(1). Appellant also requests that each party be ordered to bear its own

appellate costs. However, the motion does not disclose an agreement of the parties regarding the

assessment of costs; accordingly, all costs of appeal will be assessed against appellant. *See id.* R.

42.1(d)(absent agreement of the parties, costs are taxed against appellant).

PER CURIAM